Henry FORD, County Assessor of Oklahoma County, Oklahoma, Plaintiff in Error,

v.

STATE BOARD OF EQUALIZATION of the State of Oklahoma, Defendant in Error.

No. 39425.

Supreme Court of Oklahoma.

July 5, 1961.

**860**

James W. Bill Berry, County Atty., by W. C. Kessler, Asst. County Atty., Oklahoma City, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., of Oklahoma, Fred Hansen, First Asst. Atty. Gen., L. G. Hyden, Asst. Atty. Gen., Albert D. Lynn, Gen. Counsel, Oklahoma Tax Commission, Ed Armstrong, Asst. Counsel, Oklahoma Tax Commission, Oklahoma City, for defendant in error.

Frank Carter, Enid, of counsel: Otjen & Carter, Enid, for Oklahoma Farm Bureau, Amicus Curiae.

PER CURIAM.

This is another appeal from the same order of the State Board of Equalization appealed from in Board of County Commissioners of Canadian County v. State Board of Equalization, Okl., 363 P.2d 242.

As the parties herein have caused the briefs filed by the party-litigants in that case to be considered as their briefs in this case—thus submitting the same issues here, as there—our opinion there is decisive here. Accordingly, on the basis of the principles there announced and applied, plaintiff in error has shown no valid ground for reversing the order appealed from; and it is again affirmed.

As in the cited case, it is further ordered that the time for filing a petition for rehearing herein be limited to ten (10) days from the date this opinion is filed.

WILLIAMS, C. J., and WELCH, DAVISON, HALLEY, JOHNSON and BERRY, JJ., concur.

IRWIN, J., concurs specially.

JACKSON, J., dissents.

IRWIN, Justice (concurring specially).

I concur specially for the reasons set forth in Board of County Commissioners of Canadian County v. State Board of Equalization, Okl., 363 P.2d 242.